## People ex rel. Luella Wright v. Judge of Superior Court of Detroit.

*New trial—Settlement of exceptions.*

The death of a trial judge without acting upon a bill of exceptions duly submitted to him, entitles the party applying for it to a new trial.

A party cannot be deprived by the inaction of the judge, of his right to the settlement of a bill of exceptions which he has duly presented.

Mandamus to vacate judgment. Submitted Oct. 21. Granted Oct. 22.

*John Atkinson* for the motion.

Per Curiam. Although there was great delay in settling the bill of exceptions, it appears to have been from the inaction of the judge and not from the fault of the

party. The case therefore cannot be distinguished from other cases before decided, where parties have been deprived of their exceptions by circumstances beyond their control. The death of Judge Cochrane without acting upon the exceptions, made a new trial a matter of right.

Mandamus granted.